UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
_____ DIVISION

**DEJAN SEBASTIAN**
_____

*(Enter full name of plaintiff(s))*

Plaintiff(s),

v.

**OREGON HEALTH AUTHORITY, OREGON STATE HOSPITAL, PSYCHIATRIC SECURITY REVIEW BOARD,**
*(Enter full name of ALL defendant(s))* **NEW NARRATIVES**

Defendant(s).

Civil Case No. 6:24-cv-02117-YY
*(to be assigned by Clerk of the Court)*

**APPLICATION TO PROCEED**
***IN FORMA PAUPERIS***

I, **DEJAN SEBASTIAN**, declare that I am the plaintiff in the above-entitled proceeding. In support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor, and that I am entitled to the relief sought in the complaint or petition.

In support of this application, I answer the following questions:

1. Are you currently incarcerated?   ☑ Yes   ☒ No

    If "Yes," state the place of your incarceration: **OREGON STATE HOSPITAL "CLIENT"**

    **If "Yes" and you are filing a civil action or habeas corpus proceeding, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2. Are you currently employed?   ☐ Yes ☑ No   ☐ Self-employed

    a. If the answer is "Yes," state:

        Employer's name: _____

        Employer's address: _____

        Amount of take-home pay or wages: $_____ per _____ *(specify pay period)*

Revised March 1, 2017
Page 1

USDC - Oregon

    b.    If the answer is "No," state:

        Name of last employer: _____

        Address of last employer: _____

        Date of last employment: _____

        Amount of take-home salary or wages: $_____ per _____ (*specify pay period*)

3.    Is your spouse employed?  ☐ Yes  ☒ No  ☐ Self-employed  ☐ Not applicable

    a.    If the answer is "Yes," state:

        Employer's name: _____

        Employer's address: _____

        Amount of take-home pay or wages: $_____ per _____ (*specify pay period*)

    b.    Do you have access to your spouse's funds to pay the filing fee in this case?  ☐ Yes  ☐ No

        Please explain your answer below:

        _____
        _____
        _____
        _____

    c.    If your spouse's income or assets are available to you to pay the filing fee in this case, would your spouse have enough money left to pay for his or her own expenses?

        ☐ Yes  ☐ No    If the answer is "No," please explain below:

        _____
        _____
        _____
        _____

4.    In the past 12 months have you received any money from any of the following sources?

    a.    Business, profession, or other self-employment  ☐ Yes  ☐ No

        If "Yes," state:  Amount received:        $ _____

                        Amount expected in future:  $ _____

    b.    Rent payments, interest, or dividends        ☐ Yes  ☐ No

        If "Yes," state:  Amount received:        $ _____

                        Amount expected in future:  $ _____

|   |   |   |   |
|---|---|---|---|
| c. | Pensions, annuities, or life insurance payments | ☐ Yes ☐ No | |
|   | If "Yes," state: Amount received: | $ | |
|   | Amount expected in future: | $ | |
| d. | Disability or workers' compensation payments | ☐ Yes ☐ No | |
|   | If "Yes," state: Amount received: | $ | |
|   | Amount expected in future: | $ | |
| e. | Gifts or inheritances | ☐ Yes ☐ No | |
|   | If "Yes," state: Amount received: | $ | |
|   | Amount expected in future: | $ | |
| f. | Any other sources | ☐ Yes ☐ No | |
|   | If "Yes," state: Source: OREGON State Hospital | | |
|   | Amount received: | $ 4868.40 | |
|   | Amount expected in future: | $ | |

5. Do you have cash or checking or savings accounts? ☒ Yes ☐ No
(including prison trust accounts)?

If "Yes," state the total amount: $ 886.68

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?    ☐ Yes ☒ No

If "Yes," describe the asset(s) and state the value of each asset listed:

_____
_____
_____
_____

7. Do you have any other assets?    ☐ Yes ☒ No

If "Yes," list the asset(s) and state the value of each asset listed:

_____
_____
_____
_____
_____

8. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?   ☒ Yes  ☐ No

    If "Yes," describe and provide the amount of the monthly expense:

    300 Monthly loans repayment

9. List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support:

10. Do you have any debts or financial obligations?  ☒ Yes  ☐ No

    If "Yes," describe the amounts owed and to whom they are payable:

    Loans to "MOHELLA" for the amount of 16,500 or more.

If I am incarcerated and filing a prisoner civil rights complaint, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court, payments toward the full filing fee of $350.00 for a prisoner civil rights complaint, in accordance with 28 U.S.C. § 1915(b).

I declare under penalty of perjury that the above information is true and correct.

11/22/2024
DATE

_____
SIGNATURE OF APPLICANT

DEJAN SEBASTIAN
PRINTED NAME OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration.)

I certify that __Dejan Anthony Sebastian__ (name of applicant) has the sum of $ __394.42__ 28

on account to his/her credit at __Oregon State Hospital Patient Trust__ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ __1494.12__.

I further certify that during the past six months the average of monthly deposits to the applicant's account was $ __219.00__.

**I have attached a certified copy of the applicant's trust account statement showing the transactions for the past six months.**

__11-22-2024__      __David Weiss__
DATE            SIGNATURE OF AUTHORIZED OFFICER

# Account History
**Start:** 11/22/2023    **End:** 11/22/2024



**Client Name:** SEBASTIAN DEJAN ANTHONY

| Transaction Date | Dollar Amount | Transaction Code | Vendor | Description | Balance | Check # Receipt # or Withdrawal # |
|---|---|---|---|---|---|---|
| **Account Number: 88528A Available Funds** | | | | | | |
| 11/27/2023 | $140.00 | Deposit - Cash | | Kaylondra Martin | $1,421.58 | 207224 |
| 11/28/2023 | $-30.00 | Withdrawal | | Pass | $1,391.58 | 154308 |
| 11/29/2023 | $-30.00 | Withdrawal | | Cash | $1,361.58 | 154322 |
| 11/29/2023 | $30.00 | Deposit - Cash | | Pass Return | $1,391.58 | 207257 |
| 11/30/2023 | $5.13 | Deposit - Interest | | October 2023 | $1,396.71 | |
| 12/1/2023 | $349.18 | Earnings | | Nov. 1-15, 2023 Payroll | $1,745.89 | 207325 |
| 12/6/2023 | $-1625.00 | Check | Tamanika Sebastian | Tamanika Sebastian | $120.89 | 154401 |
| 12/12/2023 | $82.97 | Funds Held | | MKT Hold 12/12/23 | $120.89 | |
| 12/13/2023 | $-15.54 | Withdrawal | | Postage | $105.35 | 154436 |
| 12/15/2023 | $279.60 | Earnings | | Payroll Nov 16-30, 2023 | $384.95 | 207597 |
| 12/15/2023 | $150.00 | Deposit - Cash | | Nathanael Gomez Ramirez | $534.95 | 207616 |
| 12/20/2023 | $-30.00 | Withdrawal | | Cash | $504.95 | 154483 |
| 12/20/2023 | $138.96 | Funds Held | | MKT Hold 12.20.23 | $504.95 | |
| 12/28/2023 | $-87.97 | Funds Released | | MKT Hold Released | $504.95 | |
| 12/28/2023 | $-82.97 | Withdrawal | | MKT Purchase | $421.98 | 154541 |
| 12/29/2023 | $-30.00 | Withdrawal | | Cash | $391.98 | 154549 |
| 12/31/2023 | $2.55 | Deposit - Interest | | December 2023 | $394.53 | |
| 1/2/2024 | $366.40 | Earnings | | payroll Dec 1-15, 2023 | $760.93 | 207927 |
| 1/3/2024 | $-30.00 | Withdrawal | | Cash | $730.93 | 154570 |
| 1/8/2024 | $145.96 | Funds Held | | MKT Hold 1.8.24 | $730.93 | |
| 1/10/2024 | $-30.00 | Withdrawal | | Cash | $700.93 | 154616 |
| 1/12/2024 | $366.40 | Earnings | | Payroll Dec 16-31, 2023 | $1,067.33 | 208160 |
| 1/12/2024 | $130.97 | Funds Held | | MKT Hold 1.12.24 | $1,067.33 | |
| 1/19/2024 | $-30.00 | Withdrawal | | Cash | $1,037.33 | 154679 |
| 1/24/2024 | $-162.99 | Check | T & S Mailbox Plus | T&S Mailbox Plus | $874.34 | 154719 |
| 1/24/2024 | $-0.20 | Check | CA Dept of Corretions Archives U | CA Dept of Corrections Archives Unit | $874.14 | 154735 |
| 1/31/2024 | $3.69 | Deposit - Interest | | January 2024 | $877.83 | |
| 2/1/2024 | $342.28 | Earnings | | Payroll Jan 1-15, 2024 | $1,220.11 | 208495 |
| 2/2/2024 | $-130.97 | Funds Released | | MKT Hold Released | $1,220.11 | |
| 2/2/2024 | $-119.98 | Withdrawal | | MKT Purchase | $1,100.13 | 154795 |
| 2/9/2024 | $-40.00 | Withdrawal | | Pass | $1,060.13 | 154844 |
| 2/9/2024 | $-30.00 | Withdrawal | | Cash | $1,030.13 | 154844 |
| 2/9/2024 | $-140.96 | Funds Released | | MKT Hold Released | $1,030.13 | |
| 2/9/2024 | $-132.97 | Withdrawal | | MKT Purchase | $897.16 | 154844 |
| 2/14/2024 | $-30.00 | Withdrawal | | Cash | $867.16 | 154870 |
| 2/14/2024 | $-13.20 | Withdrawal | | Stamps | $853.96 | 154870 |
| 2/15/2024 | $366.40 | Earnings | | payroll Jan 16-31, 2024 | $1,220.36 | 208764 |
| 2/29/2024 | $4.38 | Deposit - Interest | | February 2024 | $1,224.74 | |
| 3/1/2024 | $277.14 | Earnings | | Payroll Feb 1-15, 2024 | $1,501.88 | 209043 |
| 3/4/2024 | $-1081.00 | Check | Kaylondra Martin | Kaylondra Martin | $420.88 | 155027 |
| 3/4/2024 | $-138.96 | Funds Released | | MKT Order Canceled | $420.88 | |
| 3/4/2024 | $62.94 | Funds Held | | MKT Hold 3.4.24 | $420.88 | |
| 3/13/2024 | $-30.00 | Withdrawal | | Cash | $390.88 | 155090 |
| 3/15/2024 | $356.72 | Earnings | | Payroll Feb 16-29, 2024 | $747.60 | 209315 |
| 3/20/2024 | $-30.00 | Withdrawal | | Cash | $717.60 | 155131 |
| 3/22/2024 | $-13.20 | Withdrawal | | Stamps | $704.40 | 155154 |

058-03    **CONFIDENTIAL:** This information has been disclosed to you from records where confidentiality is protected by State Law (ORS 179.505) and Federal Law (45CFR, Part 164). You are prohibited from making further disclosure without specific written consent of the person or as otherwise permitted by law.    Page 1 of 4

# Account History

**Start:** 11/22/2023  **End:** 11/22/2024



**Client Name:** SEBASTIAN DEJAN ANTHONY

| Transaction Date | Dollar Amount | Transaction Code | Vendor | Description | Balance | Check # Receipt # or Withdrawal # |
|---|---|---|---|---|---|---|
| 3/22/2024 | $-62.94 | Funds Released | | MKT Hold Released | $704.40 | |
| 3/22/2024 | $-58.94 | Withdrawal | | MKT Purchase | $645.46 | 155154 |
| 3/25/2024 | $-144.97 | Check | Mason Easy Pay | Mason Easy Pay | $500.49 | 155176 |
| 3/27/2024 | $-30.00 | Withdrawal | | Cash | $470.49 | 155194 |
| 3/27/2024 | $-13.20 | Withdrawal | | Cash | $457.29 | 155194 |
| 3/27/2024 | $55.00 | Funds Held | | MKT Hold 3.27.24 | $457.29 | |
| 3/27/2024 | $35.00 | Funds Held | | MKT Hold 3.27.24 | $457.29 | |
| 3/27/2024 | $0.14 | Transfer In (CR) | | Restricted Optical | $457.43 | |
| 3/31/2024 | $2.48 | Deposit - Interest | | March 2024 | $459.91 | |
| 4/1/2024 | $308.48 | Earnings | | Payroll March 1-16, 2024 | $768.39 | 209619 |
| 4/3/2024 | $-30.00 | Withdrawal | | Cash | $738.39 | 155258 |
| 4/10/2024 | $-30.00 | Withdrawal | | Cash | $708.39 | 155313 |
| 4/10/2024 | $-387.57 | Check | Mason Easy Pay | Mason Easy Pay | $320.82 | 155318 |
| 4/15/2024 | $154.24 | Earnings | | Payroll March 16-31, 2024 | $475.06 | 209897 |
| 4/15/2024 | $-13.60 | Withdrawal | | Stamps | $461.46 | 155341 |
| 4/15/2024 | $-30.00 | Withdrawal | | Cash | $431.46 | 155341 |
| 4/16/2024 | $34.99 | Deposit - Check | | Mason Easy Pay | $466.45 | 209938 |
| 4/17/2024 | $5.00 | Deposit - Check | | Mason Easy Pay | $471.45 | 209981 |
| 4/22/2024 | $-30.00 | Withdrawal | | Cash | $441.45 | 155402 |
| 4/25/2024 | $-35.00 | Funds Released | | MKT Hold Released | $441.45 | |
| 4/25/2024 | $-55.00 | Funds Released | | MKT Hold Released | $441.45 | |
| 4/25/2024 | $-34.79 | Check | Oregon State Hospital | MKT Purchase | $406.66 | 155442 |
| 4/25/2024 | $-54.98 | Check | Oregon State Hospital | MKT Purchase | $351.68 | 155442 |
| 4/29/2024 | $-30.00 | Withdrawal | | Cash | $321.68 | 155452 |
| 4/30/2024 | $1.89 | Deposit - Interest | | April 2024 | $323.57 | |
| 5/1/2024 | $365.86 | Earnings | | Earnings April 1-15, 20204 | $689.43 | 210235 |
| 5/1/2024 | $12.00 | Deposit - Cash | | Self | $701.43 | 210234 |
| 5/6/2024 | $-30.00 | Withdrawal | | Cash | $671.43 | 155492 |
| 5/15/2024 | $238.26 | Earnings | | Payroll April 16-30, 2024 | $909.69 | 210531 |
| 5/20/2024 | $-30.00 | Withdrawal | | Cash | $879.69 | 155605 |
| 5/20/2024 | $-239.59 | Check | Walkenhorst | Walkenhorst | $640.10 | 155612 |
| 5/29/2024 | $-30.00 | Withdrawal | | Cash | $610.10 | 155673 |
| 5/31/2024 | $317.68 | Earnings | | Payroll May 1-15, 2024 | $927.78 | 210825 |
| 5/31/2024 | $2.83 | Deposit - Interest | | May 2024 | $930.61 | |
| 6/5/2024 | $-30.00 | Withdrawal | | Cash | $900.61 | 155720 |
| 6/12/2024 | $-30.00 | Withdrawal | | Cash | $870.61 | 155765 |
| 6/12/2024 | $-3.84 | Withdrawal | | Postage | $866.77 | 155765 |
| 6/12/2024 | $-13.60 | Withdrawal | | Stamps | $853.17 | 155765 |
| 6/14/2024 | $288.80 | Earnings | | Payroll May 16-31, 2024 | $1,141.97 | 211117 |
| 6/17/2024 | $39.95 | Deposit - Check | | Walkenhorst | $1,181.92 | 211181 |
| 6/20/2024 | $64.94 | Funds Held | | MKT Hold 6.20.24 | $1,181.92 | |
| 6/26/2024 | $-30.00 | Withdrawal | | Cash | $1,151.92 | 155855 |
| 6/30/2024 | $4.09 | Deposit - Interest | | June 2024 | $1,156.01 | |
| 7/1/2024 | $259.92 | Earnings | | June 1-15, 2024 earnings | $1,415.93 | 211399 |
| 7/3/2024 | $-30.00 | Withdrawal | | Cash | $1,385.93 | 155903 |
| 7/5/2024 | $-64.94 | Funds Released | | MKT HOLD RELEASE | $1,385.93 | |
| 7/5/2024 | $-64.94 | Check | Oregon State Hospital | MKT PURCHASE | $1,320.99 | 155915 |
| 7/10/2024 | $-30.00 | Withdrawal | | Cash | $1,290.99 | 155940 |
| 7/15/2024 | $231.04 | Earnings | | Payroll June 16-30, 2024 | $1,522.03 | 211619 |

# Account History
**Start:** 11/22/2023    **End:** 11/22/2024


OREGON STATE HOSPITAL
HOPE · SAFETY · RECOVERY

**Client Name:** SEBASTIAN DEJAN ANTHONY

| Transaction Date | Dollar Amount | Transaction Code | Vendor | Description | Balance | Check # Receipt # or Withdrawal # |
|---|---|---|---|---|---|---|
| 7/17/2024 | $-30.00 | Withdrawal | | Cash | $1,492.03 | 156013 |
| 7/17/2024 | $-9.58 | Withdrawal | | Postage | $1,482.45 | 156013 |
| 7/24/2024 | $126.00 | Deposit - Check | | State of Oregon | $1,608.45 | 211787 |
| 7/26/2024 | $49.00 | Funds Held | | MKT HOLD 7.26.24 | $1,608.45 | |
| 7/30/2024 | $25.00 | Deposit - Cash | | Godmother Shore | $1,633.45 | 211862 |
| 7/31/2024 | $-30.00 | Withdrawal | | Cash | $1,603.45 | 156095 |
| 7/31/2024 | $5.84 | Deposit - Interest | | July 2024 | $1,609.29 | |
| 8/1/2024 | $264.60 | Earnings | | Payroll July 1-15, 2024 | $1,873.89 | 211910 |
| 8/6/2024 | $-49.00 | Funds Released | | MKT HOLD RELEASE | $1,873.89 | |
| 8/6/2024 | $-49.00 | Withdrawal | | MKT PURCHASE | $1,824.89 | 156132 |
| 8/7/2024 | $-30.00 | Withdrawal | | Cash | $1,794.89 | 156141 |
| 8/14/2024 | $-30.00 | Withdrawal | | Cash | $1,764.89 | 156192 |
| 8/15/2024 | $264.60 | Earnings | | Payroll July 16-31, 2024 | $2,029.49 | 212200 |
| 8/21/2024 | $-30.00 | Withdrawal | | Cash | $1,999.49 | 156261 |
| 8/26/2024 | $27.00 | Funds Held | | MKT Hold 8.26.24 | $1,999.49 | |
| 8/26/2024 | $103.97 | Funds Held | | MKT Hold 8.26.24 | $1,999.49 | |
| 8/28/2024 | $-30.00 | Withdrawal | | Cash | $1,969.49 | 156313 |
| 8/30/2024 | $29.40 | Earnings | | Payroll August 1-15, 2024 | $1,998.89 | 212479 |
| 8/31/2024 | $7.58 | Deposit - Interest | | August 2024 | $2,006.47 | |
| 9/4/2024 | $-30.00 | Withdrawal | | Cash | $1,976.47 | 156351 |
| 9/6/2024 | $50.94 | Funds Held | | MARKET HOLD 09.06.24 | $1,976.47 | |
| 9/9/2024 | $-79.69 | Check | Walkenhorst | Walkenhorst | $1,896.78 | 156384 |
| 9/9/2024 | $-207.97 | Check | Mason Easy Pay | Mason Easy Pay | $1,688.81 | 156385 |
| 9/10/2024 | $-50.94 | Funds Released | | MKT HOLD CANCELLED | $1,688.81 | |
| 9/11/2024 | $-30.00 | Withdrawal | | Cash | $1,658.81 | 156402 |
| 9/13/2024 | $352.80 | Earnings | | Payroll August 16-31, 2024 | $2,011.61 | 212688 |
| 9/17/2024 | $-27.00 | Funds Released | | Market Hold Release | $2,011.61 | |
| 9/17/2024 | $-103.97 | Funds Released | | Market Hold Release | $2,011.61 | |
| 9/17/2024 | $-27.00 | Withdrawal | | MARKET PURCHASE | $1,984.61 | 156442 |
| 9/17/2024 | $-103.97 | Withdrawal | | MARKET PURCHASE | $1,880.64 | 156442 |
| 9/18/2024 | $-30.00 | Withdrawal | | Cash | $1,850.64 | 156457 |
| 9/25/2024 | $-9.36 | Withdrawal | | Postage | $1,841.28 | 156520 |
| 9/25/2024 | $-30.00 | Withdrawal | | Cash | $1,811.28 | 156520 |
| 9/25/2024 | $-25.50 | Withdrawal | | Postage | $1,785.78 | 156520 |
| 9/30/2024 | $6.88 | Deposit - Interest | | September 2024 | $1,792.66 | |
| 10/1/2024 | $88.20 | Earnings | | Payroll Sept 16-30, 2024 | $1,880.86 | 213039 |
| 10/1/2024 | $60.00 | Funds Held | | MARKET HOLD 10.01.24 | $1,880.86 | |
| 10/2/2024 | $-14.60 | Withdrawal | | Stamps | $1,866.26 | 156555 |
| 10/2/2024 | $-30.00 | Withdrawal | | Cash | $1,836.26 | 156555 |
| 10/2/2024 | $64.97 | Funds Held | | MKT Hold 10.2.24 | $1,836.26 | |
| 10/2/2024 | $130.00 | Funds Held | | MKT Hold 10.2.24 | $1,836.26 | |
| 10/2/2024 | $115.00 | Funds Held | | MKT Hold 10.2.24 | $1,836.26 | |
| 10/9/2024 | $-30.00 | Withdrawal | | Cash | $1,806.26 | 156610 |
| 10/9/2024 | $-14.60 | Withdrawal | | Stamps | $1,791.66 | 156610 |
| 10/9/2024 | $-7.75 | Withdrawal | | Postage | $1,783.91 | 156610 |
| 10/11/2024 | $88.00 | Deposit - Check | | Mason Easy Pay | $1,871.91 | 213231 |
| 10/16/2024 | $-30.00 | Withdrawal | | Cash | $1,841.91 | 156645 |
| 10/21/2024 | $0.40 | Deposit - Cash | | Change from MKT | $1,842.31 | 213465 |
| 10/22/2024 | $29.85 | Deposit - Check | | Walkenhorst | $1,872.16 | 213483 |

058-03    **CONFIDENTIAL:** This information has been disclosed to you from records where confidentiality is protected by State Law (ORS 179.505) and Federal Law (45CFR, Part 164). You are prohibited from making further disclosure without specific written consent of the person or as otherwise permitted by law.

## Account History
Start: 11/22/2023  End: 11/22/2024


OREGON STATE HOSPITAL
HOPE · SAFETY · RECOVERY

**Client Name:** SEBASTIAN DEJAN ANTHONY

| Transaction Date | Dollar Amount | Transaction Code | Vendor | Description | Balance | Check # Receipt # or Withdrawal # |
|---|---|---|---|---|---|---|
| 10/30/2024 | $-30.00 | Withdrawal | | CASH | $1,842.16 | 156769 |
| 10/31/2024 | $6.67 | Deposit - Interest | | October 2024 | $1,848.83 | |
| 11/6/2024 | $-30.00 | Withdrawal | | CASH | $1,818.83 | 156814 |
| 11/13/2024 | $-30.00 | Withdrawal | | CASH | $1,788.83 | 156865 |
| 11/14/2024 | $49.00 | Funds Held | | MKT Hold 11.14.24 | $1,788.83 | |
| 11/14/2024 | $73.43 | Funds Held | | MKT Hold 11.14.24 | $1,788.83 | |
| 11/15/2024 | $-115.00 | Withdrawal | | MKT Hold Release | $1,673.83 | |
| 11/15/2024 | $-130.00 | Withdrawal | | MKT Hold Release | $1,543.83 | |
| 11/15/2024 | $-64.97 | Withdrawal | | MKT Hold Release | $1,478.86 | |
| 11/15/2024 | $-109.99 | Withdrawal | | MKT Purchase | $1,368.87 | 156892 |
| 11/15/2024 | $-64.97 | Withdrawal | | MKT Purchase | $1,303.90 | 156892 |
| 11/15/2024 | $-124.93 | Withdrawal | | MKT Purchase | $1,178.97 | 156892 |
| 11/20/2024 | $-30.00 | Transfer Out (DB) | | TO AVRO 0192 | $1,148.97 | |
| 11/20/2024 | $-262.29 | Check | Walkenhorst | WALKENHORST | $886.68 | 156926 |

|  |  |
|---|---|
| Beginning Balance: | $1,281.58 |
| Deposits: | $6,603.34 |
| Withdrawls: | $6,998.24 |
| Current Balance: | $886.68 |
| Available Balance: | $394.28 |

total earnings - $4868.40

### Account Number: 88528R2  Restricted Optical

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/30/2023 | $0.00 | Deposit - Interest | | October 2023 | $0.14 | |
| 12/31/2023 | $0.00 | Deposit - Interest | | December 2023 | $0.14 | |
| 1/31/2024 | $0.00 | Deposit - Interest | | January 2024 | $0.14 | |
| 2/29/2024 | $0.00 | Deposit - Interest | | February 2024 | $0.14 | |
| 3/27/2024 | $-0.14 | Transfer Out (DB) | | Available Funds | $0.00 | |
| 3/31/2024 | $0.00 | Deposit - Interest | | March 2024 | $0.00 | |

|  |  |
|---|---|
| Beginning Balance: | $0.14 |
| Deposits: | $0.00 |
| Withdrawls: | $0.14 |
| Current Balance: | $0.00 |
| Available Balance: | $0.00 |

CONFIDENTIAL: This information has been disclosed to you from records where confidentiality is protected by State Law (ORS 179.505) and Federal Law (45CFR, Part 164). You are prohibited from making further disclosure without specific written consent of the person or as otherwise permitted by law.