FILED 10 FEB '25 10:30USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Eugene DIVISION

DEJAN ANTHONY SEBASTIAN

*(Enter full name of plaintiff)*

Plaintiff,

v.

OREGON HEALTH AUTHORITY; Oregon STATE HOSPITAL, PSYCHIATRIC SECURITY REVIEW BOARD, NEW NARRITIVES

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 6:24-CV-02117-YY
(to be assigned by Clerk's Office)

**Amended**
COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☑ Yes   ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: DEJAN ANTHONY SEBASTIAN
Street Address: 2600 Center St NE
City, State & Zip Code: Salem Oregon 97301
Telephone No.: 503 945 2800

Complaint for Violation of Civil Rights (Prisoner Complaint)   1
[Rev. 01/2018]

**Defendant No. 1**   Name: Oregon HEALTH Authority
Street Address: 800 NE Oregon St
City, State & Zip Code: Portland, Oregon 97232
Telephone No.: 503 793 9119

**Defendant No. 2**   Name: Oregon STATE Hospital
Street Address: 2600 center st NE
City, State & Zip Code: Salem, Oregon 97301
Telephone No.: 503 945 2800

**Defendant No. 3**   Name: PSYCHIATRIC SECURITY Review BOARD
Street Address: 610 SW Alder suite 420 PSRB
City, State & Zip Code: Portland Oregon 97205
Telephone No.: 503 229 5596

**Defendant No. 4**   Name: New Narrative
Street Address: 1952 SE 122nd
City, State & Zip Code: Portland, Oregon 97232
Telephone No.: 503 726 3764

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

1st, 4rth, 5th, 14th Amendments, Olmstead Act, Americans With Disabilities Act. Oregon Revised Statutes, OSH Paitients Rights Statutes, Oregon Revised Statute, Code of Regulations.

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

New Narratives violated due process and my right to 5th amendment. To send me to Oregon State Hospital and cause me to suffer pain, in the form of loss of freedom, loss of happiness, loss of money making, and creating hardships for my family while at O.S.H.

New Narratives staff told me I would be here 30 to 90 days if I go to the hospital. 06,01,2022.

I was revoked after a mutual fight between peer and a subsitute urine sample the chose to stay silent about what happen. The lies cause me to suffer at OSH.

#### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

06/02/2022 RYAN BELL screend and proffessional opinion stated I am not in active psychosis nor need Hospital level of care

Complaint for Violation of Civil Rights (Prisoner Complaint)      3
[Rev. 01/2018]

I still was put in H.L.O.C by O.S.H. Were I experienced placement with highly acute mentally ill patient where in 07/07/02 staff made false stories about me put into chart notes causing more time spent in O.S.H. and loss of priveledges. I had to be treated like a threat and danger by other staff who did not know the truth of what happened.

* Claim III. O.S.H. supported ed wrongfuly accused me of violating a questionable contract and stop me completing college causing me to owe 17,000 dollar in student loans. In January 2024.

### Claim III IV

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Nancy Ultrich, Unit Administrator for Oregon State Hospital caused me further loss of freedom, priveledges, education, happiness, and communication with family and increase in security at O.S.H by claiming I had an organization of peers in O.S.H of peers distributing contraband throughout the hospital causing me to be ultimately fired from work, urine and feces and blood tested often, room searches, and my word to be diminished. I had thereply sessions violated and still am suffering from the chain of events. I never have been with contraband alledged I had been said to have. March, 01, 2022.   ° Claim V

• 02/2022 Oscar Ramirez prescribed wellbutrin XL with Latuda, the side

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

effects damaged my relationships with staff, self, and family, due to impulsivity, irritation and agitation. My side effects from the combination was never considered by Oregon State Hospital and I was suffered to have loss of priveleges, and freedom, and spend more time at O.S.H. This side effect caused me to be revoked and not be treated for symptons as a mental paitient but punished as a bad person.

### Claim VI

Oregon State Hospital Did not protect me nor allow me to file police report after a paitient continuously verbally abused me about race, religion and threw biohazardous rags at me. Then Oregon State Hospital transferred me to a even more dangerous unit and took me off medication on Flower 3 from Bird 3, where staff continued to bring up false stories of the past mentioned in other claims and said I have to be accountable and admit while I was still griviencing the outcomes. I suffered more and more trauma.

### Claim VII

Grievances cause more harm than good to me over the course of my stay at OSH. I suffered retalition, loss of priveleged, and forced treatment because of grievances. January 1 to 12/2024

### Claim VIII

At OSH Discrestion I am not allowed mall to mall transfers to treatment and am told Oregon State Hospital does not do mall to mall transfer while I see it when I go to mall. That act is direct mind game and discrimination, and retaliation for grievances. 06/01/2024 - 12/07/204 I had no outlets to partake in peer support, prayer services of Islam, basketball or peers that are doing well and subject to constant disturbances of unstable paitents.

### Claim IX

Flower 3 Treatment team harrassed me, called me names, targeted me, profiled me, lied to me, used chat gpt to write notes for charts on how I am not a good paitients and played with my medication, treatment

options, and coping mechinisms and blamed me for fights when I take account for because I did not think OSH would protect me after the Bird 3 patient. I had been assaulte 3 times and blamed for each one and had my medication ~~tampered~~ changed repeatedly while I could never adjust to side effects causing more time in OSH and damage to my mind and body and traumatizing me I never faught before. 06/2024 - 12/2024.

### Claim X

I was and an still not allowed proper Islamic prayer space and services. Catholic, Christian and Budda are allowed, I am not. Oregon State Hospital is not properly accomadating with a Jumah service. 5/01/2024 - Present.

### Claim XI

Contact visit are not allowed by OSH, phone calls are not thereputic due to noise and short cords at OSH it has cased strained on family support, therepy and my back, cause I have to use the phone much more. 07/1/2024 till 3/10/2025

### Claim XII

05/2024 at OSH my back was broken playing basketball and ~~staff~~ did not treat it properly. It has healed wrong and I have serias chronic pain now. I have to take meds with side effects and sitting and sleeping is uncomfortable

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑ Yes   ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

- I want access to computers, priveledges as soon as possible as injunctive relief. I am here at O.S.H. under the P.S.R.B. on 07/20/2025 when jurisdiction is over. I want release from OSH by PS.R.B. I'm under P.S.R.B for crimes I Pled guilty except insanity for and I am doing good now.
- Better physical and mental health care.
- Respect and dignity and apoligy from OSH who is under O.H.A.
- OHA and OSH and New Narratives to pay collective 4 million for my trauma and other wrongs.
- College loans paid off please
- Stable housing in the portland community
- Cleaning up my psychological medical records from hearsay.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6th day of Feburary, 2024.

*(Signature of Plaintiff)*

Dejan Sebastian
2600 Center St NE
Salem, Oregon 97301



CERTIFIED MAIL

9589 0710 5270 2392 2006 14

US District Court
Clerks office
1000 SW 3rd Avenue
Portland, Oregon 97204

9720482937 C002

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$009.92
02/07/2025 ZIP 97301
043M31228317