FILED 08 APR '25 10:46 USDC-ORP

4/2/25

Dear Court, United States District Court of Oregon

Please allow me 4 more weeks or more to adjust my claim and have it meet the standards to have it be accepted to be tried. I wrote numerous claims and I would like to hone in on one. Please allow me the opportunity. I also did not properly state my grounds for relief. I will fix this.

My claim number is 6:24-cv-02117-YY

My cased was dismissed by Judge Karin J. Immergut.

Is the Motion for Leave to Amend Available Can I have the option and file that?

I am Pro Se and my rights have been violated, I am seeking justice.

It was dismissed without prejudice. Do I just file the cases separarately and what is the timeline? What does that look like since I have a case number already?

De'Jon Elzaztin

Dejan Sebastian
2600 Center st NE
Salem oregon 97301

PORTLAND OR RPDC 972
5 APR 2025 PM 6 L

United States District Court
Office of the Clerk
District of Oregon
740 United States Court house
1000 SW Third Avenue - Portland, Oregon 97204-2902